■ In the Matter of NORMAN FERGUSON, Petitioner, v ROBERT A. KIRKPATRICK, Superintendent of Wende Correctional Facility, et al., Respondents. [864 NYS2d 354]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Erie County [Christopher J. Burns, J.], dated December 17, 2007) to review a determination of respondents. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Smith, J.P., Lunn, Fahey and Peradotto, JJ.

■ In the Matter of HECTOR AROCHO, Petitioner, v BRIAN FISCHER, as Commissioner of New York State Department of Correctional Services, Respondent. [864 NYS2d 352]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered March 24, 2008) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated an inmate rule.

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (*see Matter of Free v Coombe,* 234 AD2d 996 [1996]). Present—Smith, J.P., Lunn, Fahey and Peradotto, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK D. GUZZO, Appellant. [864 NYS2d 378]—Appeal from a judgment of the Niagara County Court (Sara S. Sperrazza, J.), rendered January 24, 2007. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Lunn, Fahey and Peradotto, JJ.